STATE v. RAYMOND A. KERN.

205 N. W. 2d 509.

March 16, 1973—No. 43360.

*C. Paul Jones,* State Public Defender, for appellant.

*Warren Spannaus,* Attorney General, and *William B. Randall,* County Attorney, for respondent.

Considered en banc without oral argument.

PER CURIAM.

Defendant, convicted of indecent liberties, Minn. St. 609.296, subd. 2, and sentenced to a term of 0 to 7 years, contends on this review of a judgment of conviction and an order denying postconviction relief that he should be permitted to withdraw his guilty plea upon which the conviction was based. We have examined the record carefully and are satisfied that defendant is not entitled to the relief he requests.

Affirmed.